■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

SAMUEL BICE JOHNSON, Appellant.—Motion for summary reversal denied. Memorandum: Relief pursuant to *People v Montgomery* (24 NY2d 130) is no longer available *(see, People v Corso,* 40 NY2d 578). Under CPL 450.30 (3), defendant's appeal following resentencing does not bring up for review the judgment of conviction and, hence, it is immaterial that the transcript of the trial testimony is unavailable. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ. (Order entered Dec. 3, 1986.)